**Order filed, December 11, 2017.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

NO. 01-17-00760-CR

**CHRISTOPHER GONZALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 147th District Court**
**Travis County, Texas**
**Trial Court Case D-1-DC-16-301897**

---

## ORDER

The reporter's record in this case was due December 8, 2017. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Kimberly Lee, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM